JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SOVANN SUM, | Case No. CV 08-0073-TJH (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| MICHAEL MUKASEY, et al., | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 3/25/08

Terry J. Hatter, Jr.
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY